# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RONALD CARNIEWSKI, et al.,

      Plaintiffs,

v.                          CASE NO.  4:06cv316-RH/WCS

FLORIDA DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, et al.,

      Defendants.

_____/

## ORDER DENYING PRELIMINARY INJUNCTION

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The motion for a preliminary injunction (document 4) is DENIED.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 24th day of August, 2006.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge